IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRYSTAL COLLINS,<br><br>                Plaintiff,<br><br>vs.<br><br>DR. KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                Defendant. | 4:23CV3096<br><br>**ORDER TO PROCEED IN FORMA PAUPERIS** |

       This case is before the Court on Plaintiff's Motion for Leave to Proceed in Forma Pauperis in this judicial review of the decision of the Commissioner of Social Security denying Plaintiff's application for supplemental security income benefits for lack of disability. Filing 2. The Court finds that the affidavit attached to Plaintiff's Motion, Filing 2-1, satisfies the requirements of 28 U.S.C. § 1915(a)(1) and demonstrates that Plaintiff is unable to pay the fees or give security to commence this action. Accordingly,

       IT IS ORDERED that

       1.       Plaintiff's Motion for Leave to Proceed in Forma Pauperis, Filing 2, is granted; and

       2.       The Clerk of Court is ordered to file the complaint and issue a summons. The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service.

       Dated this 26th day of May, 2023.

                                                                 BY THE COURT:

                                                                 Brian C. Buescher
                                                                 United States District Judge